# **CERTIFICATE OF MAILING**

  The undersigned hereby certifies that a true and correct copy of the attached document filed this date was served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

CHARLES WILSON, ESQ.
800 PENN SECURITY BANK BLDG.
142 N. WASHINGTON AVENUE
SCRANTON, PA 18503


Date: July 24, 2007

                *Catherine M. Sisk*
                Catherine M. Sisk, Judicial Assistant

MDPA-CERTADD.WPT-REV05/01

Case 5:04-bk-52542-JJT Doc 53-1 Filed 07/24/07 Entered 07/24/07 12:15:52 Desc Certificate of Service Page 1 of 1